# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MaryGene Baldwin, :

        Plaintiff, : Case No. 3:08-cv-1

- vs - : District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

MICHAEL W. WYNNE,
Secretary of the Air Force,
                            :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #28), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto (despite two extensions of time to object) and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 15, 2009, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss, is DENIED insofar as it seeks dismissal for failure to file the Complaint within ninety days of receipt of the EEOC Decision. Defendant's Motion to Dismiss is GRANTED insofar as it seeks dismissal of the first four of Plaintiff's claims of discrimination for failure to timely invoke the administrative process.

April /6, 2009.

                                                Thomas M. Rose
                                                United States District Judge