UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARYGENE BALDWIN,

                                        Case No. 3:08-cv-001

            **Plaintiff,**

                                          Judge Thomas M. Rose
-v-                                      Magistrate Judge Michael R. Merz

MICHAEL W. WYNNE,
Secretary of the Air Force

            **Defendant.**

---

**ENTRY AND ORDER ADOPTING THE REPORT AND
RECOMMENDATIONS (Doc. #28) AND THE SUPPLEMENTAL REPORT
AND RECOMMENDATIONS (Doc. #37) IN THEIR ENTIRETY AND
GRANTING IN PART AND OVERRULING IN PART THE
GOVERNMENT'S MOTION TO DISMISS (Doc. #21)**

---

Plaintiff Marygene Baldwin's ("Baldwin's") pro se Complaint brings eight (8) causes of

action. The First Cause of Action is for "hostile work environment and racial." The Second

Cause of Action is for race discrimination. The Third Cause of Action is for gender

discrimination. The Fourth Cause of Action is for retaliation. The Fifth Cause of Action is for

intentional and/or negligent infliction of emotional distress. The Sixth Cause of Action is for

violation of procedural due process. The Seventh Cause of Action is for violation of equal

protection rights, and the Eighth Cause of Action is for violation of substantive due process.

Each cause of action is based upon certain claims.

Following the filing and service of Baldwin's Complaint, the Government moved to

dismiss all except the causes of action based upon Baldwin's claim that she was discriminated

against based upon her age, gender and race when, on September 21, 2005, her boss gave her

some extra work to perform. (Doc. #21.) Magistrate Judge Merz then issue a Report and

Recommendation that the Government's Motion To Dismiss be denied insofar as it seeks

dismissal for failure to file within ninety days of receipt of the EEOC Decision and granted

insofar as it seeks dismissal of the first four of Baldwin's claims of discrimination because she

failed to timely invoke the administrative process. (Doc. #28.)

Baldwin objected in part and concurred in part with this Report and Recommendation.

(Doc. #26.) Magistrate Judge Merz then issued a Supplemental Report and Recommendation.

(Doc. #37.) Therein, he withdrew his recommendation that one of Baldwin's claims be dismissed

for failure to timely invoke the administrative process and continued to recommend that three of

Baldwin's claims be dismissed for failure to invoke the administrative process. The three claims

that Magistrate Judge Merz continued to recommend dismissal of are:

1. Failure to promote on the 2003 promise of Lt. Col. Freerks;
2. Failure to upgrade to a GS-13 after a May 2005 desk audit; and
3. Lowering of the April 2005 performance appraisal.

Baldwin then objected in part and concurred in part with the Supplemental Report and

Recommendations. (Doc. #38.) The Government has responded (doc. #43), thus, Baldwin's

Objections to the Supplemental Report and Recommendation are ripe for review.

The District Judge has made a de novo review of the entire record and applicable legal

authority on this matter pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b). Upon

consideration of the foregoing, the Magistrate Judge's Report and Recommendations (doc. #28)

and Supplemental Report and Recommendations (doc. #37) are adopted in their entirety. The

Government's Motion To Dismiss (doc. #21) is GRANTED IN PART and OVERRULED IN

PART consistent with the Report and Recommendations and Supplemental Report and

Recommendations. The Government's Motion To Dismiss is denied insofar as it seeks dismissal

for failure to file within ninety (90) days of receipt of the EEOC Decision, is denied insofar as it

seeks dismissal of Baldwin's claim regarding non-selection for promotion to GS-13 in August

2005, and is granted insofar as it seeks dismissal of the first three of Baldwin's discrimination

claims for failure to timely invoke the administrative process. The three claims being dismissed

are:

      1. Failure to promote on the 2003 promise of Lt. Col. Freerks;
      2. Failure to upgrade to a GS-13 after a May 2005 desk audit; and
      3. Lowering of the April 2005 performance appraisal.

      **DONE** and **ORDERED** in Dayton, Ohio this Fifteenth day of July, 2009.


                              **s/Thomas M. Rose**

                        _____
                           THOMAS M. ROSE
                        UNITED STATES DISTRICT

JUDGE

Copies furnished to:

Counsel of Record