UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**MARYGENE BALDWIN,**

      **Plaintiff,**

**-v-**

**MICHAEL W. WYNNE,**
Secretary of the Air Force

      **Defendant.**

Case No. 3:08-cv-001

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

**ENTRY AND ORDER ADOPTING THE REPORT AND
RECOMMENDATIONS (Doc. #28) AND THE SUPPLEMENTAL REPORT
AND RECOMMENDATIONS (Doc. #37) IN THEIR ENTIRETY AND
GRANTING IN PART AND OVERRULING IN PART THE
GOVERNMENT'S MOTION TO DISMISS (Doc. #21)**

---

  Plaintiff Marygene Baldwin's ("Baldwin's") pro se Complaint brings eight (8) causes of action. The First Cause of Action is for "hostile work environment and racial." The Second Cause of Action is for race discrimination. The Third Cause of Action is for gender discrimination. The Fourth Cause of Action is for retaliation. The Fifth Cause of Action is for intentional and/or negligent infliction of emotional distress. The Sixth Cause of Action is for violation of procedural due process. The Seventh Cause of Action is for violation of equal protection rights, and the Eighth Cause of Action is for violation of substantive due process. Each cause of action is based upon certain claims.

  Following the filing and service of Baldwin's Complaint, the Government moved to dismiss all except the causes of action based upon Baldwin's claim that she was discriminated against based upon her age, gender and race when, on September 21, 2005, her boss gave her some extra work to perform. (Doc. #21.) Magistrate Judge Merz then issue a Report and

Recommendation that the Government's Motion To Dismiss be denied insofar as it seeks dismissal for failure to file within ninety days of receipt of the EEOC Decision and granted insofar as it seeks dismissal of the first four of Baldwin's claims of discrimination because she failed to timely invoke the administrative process. (Doc. #28.)

Baldwin objected in part and concurred in part with this Report and Recommendation. (Doc. #26.) Magistrate Judge Merz then issued a Supplemental Report and Recommendation. (Doc. #37.) Therein, he withdrew his recommendation that one of Baldwin's claims be dismissed for failure to timely invoke the administrative process and continued to recommend that three of Baldwin's claims be dismissed for failure to invoke the administrative process. The three claims that Magistrate Judge Merz continued to recommend dismissal of are:

    1. Failure to promote on the 2003 promise of Lt. Col. Freerks;
    2. Failure to upgrade to a GS-13 after a May 2005 desk audit; and
    3. Lowering of the April 2005 performance appraisal.

Baldwin then objected in part and concurred in part with the Supplemental Report and Recommendations. (Doc. #38.) The Government has responded (doc. #43), thus, Baldwin's Objections to the Supplemental Report and Recommendation are ripe for review.

The District Judge has made a de novo review of the entire record and applicable legal authority on this matter pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b). Upon consideration of the foregoing, the Magistrate Judge's Report and Recommendations (doc. #28) and Supplemental Report and Recommendations (doc. #37) are adopted in their entirety. The Government's Motion To Dismiss (doc. #21) is GRANTED IN PART and OVERRULED IN PART consistent with the Report and Recommendations and Supplemental Report and Recommendations. The Government's Motion To Dismiss is denied insofar as it seeks dismissal for failure to file within ninety (90) days of receipt of the EEOC Decision, is denied insofar as it

seeks dismissal of Baldwin's claim regarding non-selection for promotion to GS-13 in August 2005, and is granted insofar as it seeks dismissal of the first three of Baldwin's discrimination claims for failure to timely invoke the administrative process. The three claims being dismissed are:

1. Failure to promote on the 2003 promise of Lt. Col. Freerks;
2. Failure to upgrade to a GS-13 after a May 2005 desk audit; and
3. Lowering of the April 2005 performance appraisal.

**DONE** and **ORDERED** in Dayton, Ohio this Fifteenth day of July, 2009.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record