**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

MARYGENE BALDWIN,

    Plaintiff,        :        Case No. 3:08-cv-001

                                        District Judge Thomas M. Rose
    -vs-                            Magistrate Judge Michael R. Merz
                                  :

WRIGHT PATTERSON AIR FORCE
 BASE, et al.,

    Defendants.

---

**ORDER STRIKING PLAINTIFF'S LAY WITNESS LIST**

---

Plaintiff's most recent Lay Witness List (Doc. No. 52) is stricken for the following reasons:

1. The List was filed without court permission. The lay witness list deadline set by Judge Rose is September 15, 2009 (PPTO, Doc. No. 42). Plaintiff sought and was granted, with Defendants' consent, an extension of time to file to September 25, 2009 (Notation Order granting Doc. No. 49). Plaintiff did not file by that date, but filed a Motion to file instanter on September 28, 2009 (Doc. No. 50). Although that Motion was granted, the Court cautioned Plaintiff that it intended to strictly enforce further deadlines because of a pattern of delay (Notation Order granting Doc. No. 50). It is now almost four months after the last extension expired.

2. The List was filed late without court permission.

3. The List was filed without notation of any consultation with Defendants' counsel.

4. It is less than ten days until the discovery cut-off.

January 22, 2010.

                                                              s/ **Michael R. Merz**
                                                       United States Magistrate Judge